IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES LANDAN,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 12-2772 |
| v. | : | |
| | : | |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW** this 4th day of December, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**IT IS FURTHER ORDERED** that the Arbitration Hearing scheduled for December 6, 2012, is **CANCELLED**.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all counsel and on the Arbitration Clerk, Michael Mani.

                                                                    BY THE COURT:

                                                                    /s/ Jan E. DuBois
                                                                    **DuBOIS, JAN E., J.**